UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| BOBBY DAVIS, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Cause No.: |
| JOHN ROBERT SMITH and USA TRUCK, INC. | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

### DECLARATION OF CITIZENSHIP

I, April Arnold, declare and state as follows:

1. I am over the age of eighteen, and I have personal knowledge of the information contained in this declaration.

2. I serve as Claims Manager for USA Truck, Inc.

3. In this capacity, I am responsible for and have access to corporate records concerning USA Truck, Inc. and all its related entities. From this experience and based upon my review of relevant records, I hereby declare:

   a. USA Truck, Inc. is incorporated in the State of Delaware.

   b. USA Truck, Inc. has its corporate headquarters and principal place of business in Van Buren, Arkansas, which is where almost all of the company's executive, administrative, legal, payroll, accounting, marketing, and other related functions and activities occur.

   c. I consent to the removal of the above captioned case on the basis of diversity jurisdiction. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of September, 2019.

*[Signature: Cristina Carter]*

CRISTINA CARTER
SEBASTIAN COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires January 06, 2025
Commission No. 12402566

**EXHIBIT E**

_April Arnold_ (SIGNATURE)
_April Arnold_ (NAME)
_Claims Manager_ (TITLE)

21571854.1